E-filed 10/13/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

         Plaintiff,

   v.

MILTON P. TAORMINO, et al.,

         Defendants.

Case No.16-cv-01491-HRL

**ORDER TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN**

On September 19, 2016, the Court issued an order instructing the parties to complete a joint inspection by October 7, 2016.  The order stated: "[i]f the parties fail to comply with this order, the court may issue an order to show cause why the defendants' answer should not be stricken."  Dkt. No. 23.

The plaintiff has informed the court that he has attempted to schedule a joint site inspection but has received no response from the defendants.  As a result, the court hereby orders the defendants to show cause, if any, why their answer should not be stricken for failure to comply with General Order 56.  The parties shall appear at a show cause hearing on November 22, 2016, at 10:00 AM, in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California.  The defendants shall file a statement in response to this order to show cause no later than November 15, 2016.

**IT IS SO ORDERED.**

Dated: 10/13/2016

HOWARD R. LLOYD
United States Magistrate Judge