E-filed 6/13/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MILTON P. TAORMINO, et al.,<br><br>        Defendants. | Case No.16-cv-01491-HRL<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR** |

In April, after being informed that this action had settled, the court ordered the parties to appear on June 13, 2017, and show cause why the case should not be dismissed. Dkt. No. 42. Plaintiff and the Taormino Defendants appeared at the show cause hearing to inform the court that the case had not yet been dismissed because Defendant Joyplace QSR, Inc., had not signed the settlement agreement. Dkt. Nos. 45, 46, 47. Joyplace did not appear at the hearing. Dkt. No. 47.

As a result, the court orders John Torkel Hill, counsel for Joyplace, to appear and show cause why he should not be sanctioned for failure to follow a court order (i.e., by failing to appear at the show cause hearing). Hill shall also be prepared to discuss the status of the settlement. The show cause hearing is set for Tuesday, June 27, 2017, at 10:00 AM in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, CA.

**IT IS SO ORDERED.**

Dated: 6/13/2017

HOWARD R. LLOYD
United States Magistrate Judge